ORIGINAL
FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 26 2009

JAMES N. HATTEN, CLERK
BY: [signature] Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DAVID COLEMAN,

    Plaintiff,

v.

GLOBAL CREDIT & COLLECTION,
CORPORATION, a Delaware corporation,

    Defendant.

CIVIL ACTION FILE

NO. 1 09-CV-0217

BBM

## COMPLAINT FOR DAMAGES

### INTRODUCTION

1. This is an action for damages against the defendant for violations of the Federal Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq.

### SUBJECT MATTER JURISDICTION

2. Subject matter jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1337 (federal question jurisdiction).

## PARTIES AND PERSONAL JURISDICTION

3. Plaintiff is a resident of this State, District and Division and is authorized by law to bring this action.

4. Defendant, GLOBAL CREDIT & COLLECTION CORPORATION, is a corporation organized under the laws of the State of Delaware with its principal place of business in New York. [Hereinafter, said Defendant is referred to as "GLOBAL."]

5. GLOBAL is subject to the jurisdiction and venue of this Court.

6. GLOBAL may be served by personal service upon its registered agent in the State of Delaware, to wit: Incorporating Services, Ltd., 3500 South DuPont Highway, Dover, Delaware 19901.

7. Alternatively, GLOBAL may be served by personal or substitute service pursuant to the Federal Rules of Civil Procedure and, as applicable, the laws of the States of Georgia, Delaware or New York.

## FACTS COMMON TO ALL CAUSES

8. GLOBAL uses the mails in its business.

9. GLOBAL uses telephone communications in its business.

10. The principle purpose of GLOBAL's business is the collection of debts.

11. GLOBAL regularly collects or attempts to collect debts owed or due, or asserted to be owed or due, another.

12. GLOBAL is a debt collector subject to the provisions of the Fair Debt Collection Practices Act.

13. In the course of attempting to collect a debt allegedly due from Plaintiff to a business not a party to this litigation, GLOBAL communicated with Plaintiff in a manner which violated the Federal Fair Debt Collection Practices Act.

14. In or around January 2009, GLOBAL left a series of pre-recorded telephone messages for Plaintiff requesting a return call.

15. In the January 2009 messages, GLOBAL did not meaningfully disclose its identity.

16. In the January 2009 messages, GLOBAL did not state that the communications were from a debt collector.

17. In the January 2009 messages, GLOBAL did not state that the communications were an attempt to collect a debt.

18. Defendant's communications violate the Fair Debt Collection Practices Act.

19. Plaintiff has complied with all conditions precedent to bring this action.

## CAUSE OF ACTION

## FAIR DEBT COLLECTION PRACTICES ACT

20. The acts of Defendant constitute violations of the Fair Debt Collection Practices Act.

21. Defendant's violations of the FDCPA include, but are not limited to, the following:

22. The placement of telephone calls without meaningful disclosure of the caller's identity, in violation of 15 U.S.C. § 1692d(6);

23. The use of any false, deceptive, or misleading representations or means in connection with the collection of any debt, in violation of 15 U.S.C. § 1692e; and

24. The failure to disclose in subsequent communications that the communication is from a debt collector, in violation of 15 U.S.C. § 1692e(11).

25. As a result of Defendant's actions, Plaintiff is entitled to an award of statutory damages, as well as an award of costs and attorney fees.

WHEREFORE, PLAINTIFF RESPECTFULLY PRAYS THAT JUDGMENT BE ENTERED AGAINST DEFENDANT AND IN FAVOR OF PLAINTIFF, AS FOLLOWS:

a) That Plaintiff be awarded statutory damages;

b) That Plaintiff be awarded the expenses of litigation including a reasonable attorney fee;

c) That the Court declare each and every defense raised by Defendant to be insufficient; and

d) That the Court grant such further and additional relief as is just in the circumstances.

Respectfully submitted,

James M. Feagle
Georgia Bar No. 256916
Kris Skaar
Georgia Bar No. 649610

**SKAAR & FEAGLE, LLP**
108 East Ponce de Leon Avenue
Suite 204
Decatur, GA 30030
404 / 373-1970
404 / 601-1855 fax