IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DAVID COLEMAN, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION FILE |
| | : | |
| v. | : | NO. 1:09-CV-0217-BBM-WEJ |
| | : | |
| GLOBAL CREDIT & COLLECTION CORPORATION, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW PLAINTIFF, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and before the service of an answer or a motion for summary judgment, and stipulates that this action shall be dismissed with prejudice to all claims.

Respectfully submitted this 25th day of March, 2009.

THE LAW OFFICE OF JAMES M. FEAGLE, P.C.

by:   S/James M. Feagle
        James M. Feagle
        Attorney for plaintiff
        Georgia Bar No. 256916

- 2 -

108 East Ponce de Leon Avenue
Suite 204
Decatur, GA 30030
404 / 373-1970
fax 404/601-1855

- 2 -